# UNITED STATES DISTRICT COURT NORTHERN DISCTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*1947*

Index no : **C:11-CV-1347**

| Plaintiff(s): | **MARKEL AMERICAN INSURANCE** |
|---|---|
|  | vs. |
| Defendant(s): | **DARLENE WALKTERS AND JOHN LICHOROWIC** |

STATE OF NEW YORK
COUNTY OF ONEIDA        ss.:



**Richard Peroni**, the undersigned, being duly sworn, deposes and says:

On **11/16/2011** at **6:26 PM**, I served the within **SUMMONSA ND COMPLAINT WITH ATTACHMENTS with the index#C:11-CV-1347** endorsed thereon on **JOHN LICHOROWIC** at **7175 DAVID ROAD, Rome, NY 13440** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Salt and Pepper | 58 | 5"9"–6"0" | Over 200 lbs |
| Other Features: | | | | | |

I asked JOHN LICHOROWIC whether he/she was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 11/17/2011

X _____
Richard Peroni
Professional Investigations and Process Servers Inc
P.O. Box 945
Rome, NY 13442
315-339-5110
Atty File#:

_____
Donna R. Peroni
Notary Public, In the State of New York

Qualified in Oneida County O1PE6220886
Commission Expires 4/19/2014