# RUBIN, FIORELLA & FRIEDMAN LLP
ATTORNEYS AT LAW
292 Madison Avenue, 11th Floor
New York, New York   10017
Tel: (212) 953-2381 / Fax: (212) 953-2462

WRITER'S DIRECT DIAL:   (212) 447-4612
E-MAIL:   Mstern@rubinfiorella.com

February 15, 2012

*Via ECF*

Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

   Re: Markel American Insurance Company v. Walters
      11-cv-01347-GLS-ATB
      Our File No.  625-21236

Dear Judge Baxter:

  We represent plaintiff Markel American Insurance Company in the above-referenced matter. We write with consent of counsel for defendants to request an adjournment of the Rule 16 Conference currently scheduled for March 20, 2012 due to a pending motion for summary judgment. The parties will contact the Court concerning rescheduling of the conference, if needed, pending resolution of the motion.

  Thank you.

              Respectfully submitted,

              /s/ *Michael E. Stern*