UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
GERALD A. GREENBERGER ) ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, GERALD A. GREENBERGER is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of : Markel American Insurance Company v. Walters, et al. 11-CV-01347-GLS-ATB

IT IS SO ORDERED

Dated: 3/12/12

*Andrew T. Baxter*

☐ U.S. District Judge
☐ U.S. Magistrate Judge