*Law Offices*

# Ralph W. Fusco, Esq.
*23ll Genesee Street*
*Utica, New York 13501*
*315 724-3115*

---

June 25, 2012


Hon. Andrew T. Baxter
United States Magistrate
Northern District of New York
James Hanley Federal Building
US Court House
100 South Clinton Street
Syracuse, New York 13261

Re: Case 6:11-cv-01347-GLS-ATB
    Markel American Insurance Company vs Walters, et. al.
    Response to Motion of Plaintiff to Amend Complaint

Dear Judge Baxter:

In behalf of the defendants, John Lichorowic and Darlene Walters, we hereby consent to plaintiff's motion to amend the complaint.

Thank you.

Very truly yours,

*Ralph W. Fusco*

Ralph W. Fusco, Esq.
RWF/lag
Enclosure